UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JURATE ANTIOCO,<br><br>    Defendant. | Case No. C-14-03176-SI<br><br>(~~PROPOSED~~) **ORDER RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Dept.   Courtroom 10, 19th Floor<br>Judge:  Hon. Judge Susan Illston |

Having considered the parties' stipulation and finding good cause therefore,

IT IS HEREBY ORDERED THAT the initial Case Management Conference is rescheduled to November 7, 2014.

DATED: 7/31/14

_____
Hon. Judge Susan Illston

ORDER
C-14-03176-SI

1

STEVEN L. WALKER (CA Bar No. 163613)
swalker@walk-law.com
LAW OFFICES OF STEVEN L. WALKER
A PROFESSIONAL LAW CORPORATION
2033 Gateway Place, Suite 300
San Jose, California 95110
Telephone: (408) 295-5800
Fax: (408) 295-5855

Attorney for Defendant JURATE ANTIOCO